**Cornelle WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77613**

Missouri Court of Appeals, Western District.

FILED: June 14, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied August 2, 2016.

Application for Transfer Denied Nov. 1, 2016

Laura G. Martin, Kansas City, for appellant.

Richard A. Starnes, Jefferson City, for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Thomas H. Newton and Cynthia L. Martin, Judges

### ORDER

Per Curiam

Cornelle Williams appeals from the judgment denying his Rule 29.15 motion for post-conviction relief after he was convicted of second-degree murder, first-degree assault, and two counts of armed criminal action. Upon review of the briefs and the record, we find no error and affirm the judgment of the motion court. A published opinion would serve no jurisprudential purpose; however, we have provid-

ed the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b)